UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UMA THURMAN and KARUNA DREAM, INC.,

                *Plaintiffs*,

    -against-

LANCÔME PARFUNS ET BEAUTE & CIE,

               *Defendant.*
-------------------------------------------------------------X



## RULE 7.1 STATEMENT

      Pursuant to the Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff KARUNA DREAM, INC. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

**NONE**

Dated:     New York, New York
              May 9, 2008

                                      BERTRAM FIELDS, ESQ.
                                      GREENBURG GLUSKER FIELDS
                                      CLAMAN & MACHTINGER LLP
                                      1900 Avenue of the Stars
                                      Los Angeles, California 90067
                                      (310) 201-7484

                                        JUDD BURSTEIN, P.C.

                                        By_____
                                        Judd Burstein (JB-9585)
                                        1790 Broadway, Suite 1501
                                        New York, New York 10019
                                        (212) 974-2400

                                        *Attorneys for Plaintiffs*