%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

UMA THURMAN and KARUNA DREAM, INC.

**SUMMONS IN A CIVIL ACTION**

V.

LANCOME PARFUNS ET BEAUTE & CIE

CASE NUMBER: 08 CIV 4392

TO: (Name and address of Defendant)

LANCOME PARFUNS ET BEAUTE & CIE
c/o Cosmair, Inc.
575 Fifth Avenue
New York, New York 10017

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JUDD BURSTEIN, P.C.
1790 Broadway, Suite 1501
New York, New York 10019

GREENBURG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars
Los Angeles, California 90067

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

MAY 09 2008

CLERK                                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
　　　　　　　　　　　Date　　　　　　　　　　　　*Signature of Server*

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UMA THURMAN and KARUNA DREAM, INC.,

                           Plaintiffs,                        08-CIV 4392

         -against-

                                                              **AFFIDAVIT OF SERVICE**

LANCÔME PARFUNS ET BEAUTE & CIE,

                           Defendant.
------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF NEW YORK    :SS:

       **PAUL GUZMAN**    being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in Rego Park, New York. That on the 9th day of May, 2008, I served a true copy of the within **SUMMONS and attached COMPLAINT and Rule 7.1 Statement**

Upon:      **LANCOME PARFUNS ET BEAUTE & CIE**
                 **c/o COSMAIR, INC.**
                 **575 FIFTH AVENUE**
                 **NEW YORK, NEW YORK 10017**

the **Defendant** herein named, by delivering 1 (one) true copy of such to **Holly Northrop, Associate Counsel**, personally.

       Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:

      SEX: Female        EYES: Brown        HAIR: Brown
      APP. AGE: 30       APP. HT: 5' 8"      APP. WT: 130lbs.

       Deponent further says: that at the time of such service I knew the person so served as aforesaid to be the same person described in the aforementioned **SUMMONS and attached COMPLAINT and Rule 7.1 Statement.**

Sworn to before me this
9th day of May, 2008

_____
Notary Public

LINDSEY BETH RODGERS
Notary Public, State of New York
No. 02RO6184428
Qualified in NEW YORK County
Commission Expires 03/31/2012

_____
PAUL GUZMAN