UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UMA THURMAN AND KARUNA DREAM, INC.   :   ECF Case

                Plaintiffs,   :   08 Civ. 4392 (SAS) (DF)

      - against -   :

LANCOME PARFUNS ET BEAUTE & CIE,   :

                Defendant.   :
------------------------------------------------------------------x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby appears on behalf of Lancome Parfuns et Beaute & Cie in this action, and hereby requests that all pleadings and other filings regarding this matter be served upon the undersigned attorney at the office address listed below and hereby requests electronic notification of all papers filed with the Court by notice upon the following email address: praymond@reedsmith.com.

Dated: New York, New York
       May 27, 2008

                                  REED SMITH LLP

                                  By: _____
                                     Peter D. Raymond (PR-3029)
                                599 Lexington Avenue
                                New York, NY  10022
                                Tel:  (212) 521-5400
                                Fax: (212) 521-5450