UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UMA THURMAN and KARUNA DREAM, INC.,

                   *Plaintiffs,*

– against –

LANCÔME PARFUNS ET BEAUTE & CIE

                   *Defendant.*
-----------------------------------------------------------X

Case No.: 08-cv-4392

Hon. Shira A. Scheindlin

**ORDER FOR ADMISSION**
*PRO HAC VICE*

Upon the motion of Judd Burstein, Esq., attorney for Plaintiffs Uma Thurman and Karuna Dream, Inc.;

**IT IS HEREBY ORDERED THAT**

| | |
|---|---|
| Applicant's Name: | Bertram Fields, Esq. |
| Firm Name: | Greenberg Glusker Fields Claman & Machtinger LLP |
| Address: | 1900 Avenue of the Stars, 21st Floor |
| City/State/Zip: | Los Angeles, California 90067 |
| Telephone Number: | (310) 553-3610 |
| Fax Number: | (310) 553-0687 |
| E-mail address: | bfields@ggfirm.com |

is admitted to practice *pro hac vice* as counsel for Plaintiffs Uma Thurman and Karuna Dream, Inc. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: New York, New York
May 29, 2008

                                                _____
                                                United States District Judge