*[handwritten notation]*

*[court stamp box, partially legible]*
DATE FILED: 6/2/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
UMA THURMAN AND KARUNA DREAM, INC.     :

               Plaintiffs,     :

        - against -     :

LANCOME PARFUNS ET BEAUTE & CIE,     :

              Defendant.     :
------------------------------------------------------------x

08 Civ. 4392 (SAS) (DF)

**STIPULATION AND ORDER**

    IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the undersigned parties as follows:

    1.    Counsel for Defendant Lancome Parfuns et Beaute & Cie ("Lancome") hereby accepts service of the Summons and Complaint in this action.

    2.    The time for Lancome to answer, move or otherwise respond to the complaint is June 27, 2008.

    3.    This Stipulation may be executed by facsimile and in counterparts.

Dated: New York, New York
       May 27, 2008

JUDD BURSTEIN, P.C.

By: _____
    Judd Burstein
    Attorneys for Plaintiff
    1790 Broadway, Ste. 1501
    New York, New York 10019
    (212) 974-2400

REED SMITH LLP

By: _____
    Peter D. Raymond
    Attorneys for Defendant
    599 Lexington Avenue
    New York, New York 10022
    (212) 521-5400

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

    6/2/08