UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
UMA THURMAN and KARUNA DREAM, INC.        :
:     08 Civ. 4392 (SAS) (DF)
  Plaintiffs,                             :
:
- against -                               :
:
:
LANCÔME PARFUNS ET BEAUTÉ & CIE,          :
:
  Defendant.                              :
:
------------------------------------------------------------------x

## RULE 7.1 DISCLOSURE STATEMENT OF LANCÔME PARFUNS ET BEAUTÉ & CIE

Pursuant to Fed. R. Civ. P. 7.1, defendant Lancôme Parfuns et Beauté & Cie states that it is a wholly-owned subsidiary of L'Oréal S.A.

Dated:   New York, New York
         June 27, 2008

                                REED SMITH LLP

                                By: _____
                                    Peter D. Raymond  (PR-3024)
                                599 Lexington Avenue
                                New York, New York  10022
                                (212) 521-5400

                                *Attorneys for Defendant
                                Lancome Parfuns et Beaute & Cie*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 27th day of June 2008, I caused a true and correct copy of Lancôme Parfuns et Beauté & Cie's **Rule 7.1 Disclosure Statement** to be served by Electronic Case Filing and by Federal Express on the following persons:

JUDD BURSTEIN, P.C.
Judd Burstein, Esq.
1790 Broadway, Suite 1501
New York, NY 10019
(212) 974-2400

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
Bertram Fields, Esq.
1900 Avenue of the Stars, 21st Floor
Los Angeles, CA 90067
(310) 553-3610

*Attorneys for Plaintiffs*
*Uma Thurman and Karuna Dream, Inc.*

_____
Peter D. Raymond