UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UMA THURMAN and KARUNA DREAM, INC.

        Plaintiffs,

    - against -

LANCÔME PARFUMS ET BEAUTÉ & CIE,

        Defendant.

------------------------------------------------------------x

ECF Case

08 Civ. 4392 (SAS) (DF)

**NOTICE OF APPEARANCE**

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

    Please enter my appearance as counsel for Defendant Lancôme Parfums et Beauté & Cie in the above-captioned action. I certify that I have been admitted to practice in this Court.

Dated: August 18, 2008

REED SMITH LLP

By: _____
    Luanne K. Chu (LC-5626)
Lchu@ReedSmith.com
599 Lexington Avenue, 22nd Floor
New York, NY 10022
Tel: (212) 521-5400
Fax: (212) 521-5450